UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY JONES, | Case No. 2:25-cv-02113-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

Pending before the Court is Plaintiff's Complaint filed on October 27, 2025. ECF No. 1-1, Plaintiff neither paid the $405 filing fee to commence a civil action nor filed an application to proceed *in forma pauperis* ("IFP"). Under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 Plaintiff must do so if she wishes to proceed without paying the filing fee.

Accordingly, IT IS HEREBY ORDERED that no later than **December 1, 2025**, Plaintiff **must** pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 30th day of October, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1