**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Jones,<br><br>Plaintiff<br>v.<br><br>Terrible Herbst, Inc.,<br><br>Defendant | Case No. 2:25-cv-02113-JAD-EJY<br><br>**Order Granting Request to Extend Summary-Judgment Response Deadline**<br><br>ECF No. 41 |

Pro se plaintiff Mary Jones brings this retaliation and age-discrimination lawsuit against her former employer, Terrible Herbst, Inc.[1] In response to the employer's motion for summary judgment,[2] Jones filed a request under Federal Rule of Civil Procedure 56(d) to delay or defer consideration of that motion until November 5, 2026, to give her time to find a lawyer.[3] The court finds good cause to give Jones this requested extension to see if she can find an attorney to represent her. And because it will take any such lawyer some time to then prepare a proper opposition to the motion for summary judgment, the court will extend Jones's response deadline to November 30, 2026. But this case has been pending for nearly a year, during which Jones has yet been unable to find representation, so the court will not find good cause for any further extension of Jones's response deadline should she be unable to hire a lawyer by November 5, 2026. IT IS THEREFORE ORDERED that Jones's request for a deadline extension **[ECF No. 40] is GRANTED; Jones's deadline to file a response to the motion for summary judgment [ECF No. 35] is extended to November 30, 2026. Jones is cautioned that, should she be**

[1] ECF No. 15.

[2] ECF No. 35.

[3] ECF No. 40.

**<u>unable to find an attorney to prepare an opposition by that deadline, she will have to prepare and file one by that deadline herself.</u>**

________________________________
U.S. District Judge Jennifer A. Dorsey
September 24, 2026